# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Shawn Johnson,                             Civil File No. 13-cv-02646 DSD/JSM

        Plaintiff,

vs.                                     **STIPULATION OF DISMISSAL WITH PREJUDICE**

Allied Interstate, LLC,

        Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**MARSO & MICHELSON, PA**

Dated: December 30, 2013      By    s/Patrick L. Hayes
                                           Patrick L. Hayes (#0389869)
                                           Attorneys for Plaintiff
                                           3101 Irving Avenue South
                                           Minneapolis, MN 55408
                                           Phone: 612-821-4817
                                           Fax: 612-821-4826
                                           phayes@marsomichelson.com

**BASSFORD REMELE,** *A Professional Association*

Dated: December 30, 2013      By    s/Susan E. Gustard
                                             Michael A. Klutho (#186302)
                                           Susan E. Gustad (#268008)
                                           Attorneys for Defendant
                                           33 South Sixth Street, Suite 3800
                                           Minneapolis, Minnesota 55402-3707
                                           Phone: 612-333-3000
                                           Fax: 612-333-8829
                                           mklutho@bassford.com
                                           sgustad@bassford.com