## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shawn Johnson,                        **Civil File No. 13-cv-02646 DSD/JSM**

        Plaintiff,

vs.                                    **ORDER FOR DISMISSAL**
                                                            **WITH PREJUDICE**

Allied Interstate, LLC,

        Defendant.

**IT IS HEREBY ORDERED** that the Complaint in this action is hereby dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

                                                        **BY THE COURT**

Dated:   January 2, 2014                  s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court